■ In the Matter of NAYKA R. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. MERCEDES R., Appellant. [853 NYS2d 518]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.

■ In the Matter of LUCAS J.R., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JENNIFER B., Ap-